# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**SHARON BOLTON**                                                                     **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 2:17-CV-41-KS-MTP**

**CITY OF HATTIESBURG**                                                  **DEFENDANT**

## ORDER

On April 24, 2017, Defendant City of Hattiesburg ("Movant") filed its Motion for Summary Judgment [49]. Plaintiff Sharon Bolton ("Respondent") has until on or before **May 8, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **May 15, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __25th__ day of April, 2017.

                                                         __s/Keith Starrett__
                                                         KEITH STARRETT
                                                         UNITED STATES DISTRICT JUDGE